**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

BERNADETTE E. BINNS BLOUNT,

Plaintiff,

vs.

SPRINT CORPORATION, GORDON M. BETHUNE, RAUL MARCELO CLAURE, MICHEL COMBES, PATRICK T. DOYLE, RONALD D. FISHER, JULIUS GENACHOWSKI, STEPHEN R. KAPPES, MICHAEL G. MULLEN, MASAYOSHI SON, and SARA MARTINEZ TUCKER,

Defendants.

Case No.: 1:18-cv-01661

# NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that Plaintiff Bernadette E. Binns Blount ("Plaintiff") voluntarily dismisses her claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: October 29, 2018

**COOCH AND TAYLOR, P.A.**

*/s/ Blake A. Bennett*

Blake A. Bennett (#5133)
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE 19801
(302) 984-3800
Email: bbennett@coochtaylor.com
*Attorneys for Plaintiff*